IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SERGER,

        Plaintiff,           No. CIV S-06-0597 FCD PAN P

    vs.

OFFICER HATFIELD, et al.,

        Defendants.        ORDER

_____/

        On June 1, 2006, this court issued findings and recommendations recommending dismissal of this action for plaintiff's failure to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona to inform the court of any address change. Plaintiff has not filed objections to these findings and recommendations, but filed a notice of a change of address on June 23, 2006. Good cause appearing, the court's findings and recommendations will be vacated.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The court's findings and recommendations filed June 1, 2006, are vacated;

        2. The Clerk of the Court is directed to reserve a copy of the orders filed May 19, 2006, and the documents referred to therein on plaintiff at his new address of record.

/////

1

1       3. Plaintiff is granted thirty days from the date of this order in which to file
2 documents for service of process in accordance with the court's May 19, 2006 order.
3 DATED: July 27, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

14

serg0597.o