IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SERGER,

    Plaintiff,                    No. CIV S-06-0597 FCD PAN (JFM) P

    vs.

OFFICE HATFIELD, et al.,

    Defendants.           FINDINGS & RECOMMENDATIONS

_____/

        By order filed May 18, 2006, the court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That order was served on plaintiff's address of record and return by the Postal Service. On June 1, 2006, the court issued findings and recommendations recommending this action be dismissed. On June 23, 2006, plaintiff filed a notice of change of address. By order filed August 2, 2006, the court vacated the findings and recommendations, directed the Clerk to reserve the court's May 18, 2006 order and the documents referenced therein, and granted plaintiff thirty days in which to return the documents necessary for service of process. That thirty-day period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  September 29, 2006.

UNITED STATES MAGISTRATE JUDGE

14
serg0597.fusm